IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MOOSE JOOCE, MOUNTAIN VAPORS, RUSTIC VAPORS, and DUTCHMAN VAPORS,<br><br>        Plaintiffs,<br><br>v.<br><br>FOOD AND DRUG ADMINISTRATION, et al.,<br><br>        Defendants. | **No. 1:18-cv-00203-CRC (Lead Case)**<br><br>Consolidated with<br>No. 1:18-cv-01615-CRC &<br>No. 1:19-cv-00372-CRC |

**NOTICE OF APPEAL; REPRESENTATION STATEMENT**

TO THE ABOVE-REFERENCED COURT AND TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:

Notice is hereby given that Plaintiffs Moose Jooce, Mountain Vapors, Rustic Vapors, and Dutchman Vapors hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from this Court's Order (ECF No. 44) and Memorandum Opinion (ECF No. 45) entered February 11, 2020, in Lead Docket No. 1:18-cv-00203-CRC. Plaintiffs intend that this appeal be consolidated with the appeals from the same Order and Memorandum Opinion taken by plaintiffs in the consolidated case numbers 1:18-cv-01615-CRC and 1:19-cv-00372-CRC.

**Representation Statement**

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure, all parties to the action are listed below along with the names, addresses, and telephone numbers of their respective counsel.

**Counsel for Plaintiffs Moose Jooce, Mountain Vapors, Rustic Vapors, and Dutchman Vapors**

| | |
|---|---|
| Jonathan Wood | Damien Schiff |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 3100 Clarendon Blvd., Suite 610 | 930 G Street |
| Arlington, Virginia 22201-5330 | Sacramento, California 95814 |
| Telephone: (202) 888-6881 | Telephone: (916) 419-7111 |

**Counsel for Defendants Food and Drug Administration; Scott Gottlieb, M.D., in his official capacity as Commissioner of Food and Drug Administration; and Alex M. Azar, II, in his official capacity as Secretary of Health and Human Services**

Garrett J. Coyle
Stephen M. Pezzi
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, NW
Washington, DC 20005
Telephone: (202) 305-8576

| | |
|---|---|
| Dated: March 9, 2020. | Respectfully submitted, |
| | s/ Jonathan Wood |
| DAMIEN SCHIFF (*Pro Hac Vice*) | JONATHAN WOOD |
| Cal. Bar No. 235101 | D.C. Bar No. 1045015 |
| dschiff@pacificlegal.org | jwood@pacificlegal.org |
| Pacific Legal Foundation | Pacific Legal Foundation |
| 930 G Street | 3100 Clarendon Blvd., Suite 610 |
| Sacramento, California 95814 | Arlington, Virginia 22201-5330 |
| 916.419.7111 (Telephone) | 202.888.6881 (Telephone) |

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2020, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing. Based on the records currently on file, the Clerk of the Court will transmit a Notice of Electronic Filing to the following ECF registrants:

Stephen M. Pezzi  
stephen.pezzi@usdoj.gov

Garrett Joseph Coyle  
garrett.coyle@usdoj.gov

s/ Jonathan Wood  
JONATHAN WOOD